**Jacob SKLAROFF and Harry Granoff, Co-partners, Trading as Belovsky and Granoff, Appellants, v. PENNSYLVANIA RAILROAD COMPANY.**

No. 10263.

United States Court of Appeals
Third Circuit.

Argued Oct. 20, 1950.

Decided Oct. 30, 1950.

Leonard L. Creskoff, Philadelphia, Pa. (A. Jere Creskoff, Philadelphia, Pa., on the brief), for appellants.

J. Peter Williams, Philadelphia, Pa. (Barnes, Dechert, Price, Myers & Clark, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

The issues presented by the appeal at bar are completely covered by the opinion of Judge McGranery filed in the court below, 90 F.Supp. 961, and by that of Judge Parker in Alwine v. Pennsylvania R. Co., 141 Pa.Super. 558, 15 A.2d 507. Nothing more need be said. Accordingly the judgment appealed from will be affirmed.

**Michael Francis SLAVIK, Appellant, v. Watson B. MILLER, Commissioner of Immigration and Naturalization.**

No. 10208.

United States Court of Appeals
Third Circuit.

Argued Oct. 16, 1950.

Decided Oct. 30, 1950.

Michael Hahalyak, Pitsburgh, Pa., for appellant.

Edward C. Boyle, United States Attorney, Pittsburgh, Pa., F. W. Braden, District Adjudications Officer, Immigration and Naturalization Service, Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

The court below, 89 F.Supp. 575, lacked jurisdiction of the person of the Commissioner of Immigration and Naturalization and hence acquired no power to adjudicate the issues. We ruled to this effect in Podovinnikoff v. Miller, 3 Cir., 179 F.2d 937. See also Connor v. Miller, 2 Cir., 178 F.2d 755. It follows that the court below committed no error in entering the order complained of. Accordingly it will be affirmed.